### (March 24, 1970)

■ In the Matter of DIONYSIOS SPYROS SPYROPOULOS, Petitioner.— On the court's own motion, its decision dated January 19, 1970 [33 A D 2d 916] is further amended to read as follows: " Application by petitioner for admission to the Bar of the State of New York without examination, on the ground that he was admitted to practice as an attorney in Greece or Patras. Application denied. Petitioner's practice of law in Greece or Patras does not constitute the practice of law in a foreign country whose jurisprudence is based upon the principles of the English common law, within the meaning of paragraph (a) of subdivision (1) of Rule VII of the Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law [22 NYCRR 527.1(a)]." Christ, Acting P. J., Rabin, Hopkins and Munder, JJ., concur.

### (March 25, 1970)

■ BRIGHTWATER TOWERS, INC., Respondent, v. PHILIP EISER et al., Defendants, and BRUCE HELFER et al., Appellants.— Appeal from an order of the Supreme Court, Kings County, dated August 5, 1969, which adjudged appellants in contempt of court, except (as limited by appellants' brief) so much of the order as added certain affidavits to the record of the proceeding. Order affirmed insofar as appealed from, with $20 costs and disbursements (cf. *Brigham Park Coop. Apts. Section No. 2* v. *Krauss,* 21 N Y 2d 941; *Hilltop Vil. Coop. No. 4* v. *Goldstein,* 43 Misc 2d 657, affd. 23 A D 2d 722; *Lincoln Coop. Apts.* v. *Zaifert,* 23 A D 2d 796). Christ, Acting P. J., Rabin, Hopkins and Brennan, JJ., concur. (Beldock, P. J., deceased).